IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-515-2 |
| | § | |
| DANIELLE V. APPLIN | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 177). The motion for continuance is GRANTED. The sentencing hearing is reset to **September 2, 2015 at 9:00 a.m.**

SIGNED on June 26, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge